# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| Aqua Lighting Technologies, LLC, a Virginia limited liability company, | ) ) ) Case No. 5:18-CV-00392-D |
| Plaintiff, | ) ) **ORDER** |
| v. | ) ) |
| Pentair Water Pool and Spa, Inc., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** comes before the Court on the Joint Motion of the Parties to Stay Proceedings in View of Settlement in Principle. [ECF Doc. 42]. The Court finds, for the reasons set forth in the Motion, good cause exists for granting the requested relief. Accordingly, the Joint Motion of the Parties [ECF Doc. 42] is hereby GRANTED and further proceedings in this matter are hereby temporarily STAYED. The Parties shall jointly file their contemplated request for dismissal of this case with prejudice on or before **February 22, 2019.**

SO ORDERED. This the 25 day of January, 2019.

JAMES C. DEVER III
United States District Judge